**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 117 MM 2022 |
| | : |
| v. | : |
| | : |
| PABLO MATOS, JR. | : |
| | : |
| PETITION OF: ROGER R. LAGUNA, JR., ESQUIRE | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of March, 2023, in consideration of the Application for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Juniata County to determine whether to permit Attorney Roger R. Laguna, Jr., to withdraw. In the event the Court of Common Pleas of Juniata County permits Attorney Laguna to withdraw, the court is to resolve any other related questions, including whether Pablo Matos, Jr., should be appointed counsel for purposes of allocatur review.

The Court of Common Pleas of Juniata County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its determination.